IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:18-CR-56-BR-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | ORDER |
| ) | |
| WAYNE LEVANUGHN KING, ) | |
| ) | |
| Defendant.   ) | |

THIS MATTER is before the Court on a motion for a competency evaluation pursuant to 18 U.S.C. § 4241 filed by Defendant, Wayne Levanughn King. Defendant also seeks evaluation to determine, at the time of the alleged offenses, whether he appreciated the criminality of his alleged actions and/or was capable of conforming his behavior to the law. See 18 U.S.C. §4242(a).

For good cause shown, the motion is ALLOWED. It is hereby ORDERED that a psychiatric or psychological examination of Mr. King be conducted pursuant to 18 U.S.C. § 4247(b) in order to determine whether Mr. King is presently suffering from a mental disease or defect rendering him mentally incompetent, whether he understands the nature and consequences of the proceedings against him and whether he can properly assist in his defense, and whether at the time of the alleged offenses, Mr. King appreciated the criminality of his alleged actions and/or was capable of conforming his behavior to the law.

Following the examination, a report shall be filed with the Court and copies served on counsel for Mr. King and the United States Attorney as provided by 18 U.S.C. § 4247(c). The delay occasioned by granting of the motion is hereby excluded from computation for speedy trial purposes pursuant to 18 U.S.C. § 3161(h)(7)(A). The Court finds, after weighing all relevant factors, that the interests of justice are best served by granting the motion.

IT IS SO ORDERED.
This 17th day of May, 2018.

_____
ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE