

U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center, Devens*

RECEIVED

OCT 10 2018

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

P.O. Box 880
Ayer, MA 01432

October 1, 2018

The Honorable Judge Robert B. Jones, JR
United States Courthouse
310 New Bern Avenue
Raleigh, NC 27601

RE: KING, Wayne L.
Reg. No.: 64885-056
Crim. No.: 7:18-CR-56-BR-1

Dear Judge Robert B. Jones, JR.:

The above-named defendant has been designated to undergo a forensic evaluation pursuant to Title 18, U.S.C., Sections 4241(b) and 4242 per your order dated May 17, 2018.

We had initially expected to complete the study by August 12, 2018, and submit the forensic evaluation to the Court by September 4, 2018. However, due to staff shortage and current case load, we are requesting an extension for submission of the report until October 26, 2018. Although the report is not complete, the evaluation of Mr. King is completed and he can be returned to the district.

Please feel free to contact Dr. Channell, at (978) 796-1000, extension 1471, should you need more information.

Sincerely,

CAPT S. Spaulding
Warden

For good cause shown, the extension is ALLOWED and the report shall be submitted no later than October 26, 2018.
SO ORDERED, this 16th day of October 2018.

Robert B. Jones, Jr.
United States Magistrate Judge